UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**THE OHIO CASUALTY INSURANCE COMPANY,**

    Plaintiff,

v.                      Case No.  8:07-cv-1775-T-30TGW

**AG-MART PRODUCE INC., et al.,**

    Defendants.
_____/

## ORDER TO SHOW CAUSE

THIS CAUSE comes before the Court *sua sponte*.  On March 19, 2008, Plaintiff filed a Motion for Summary Judgment (Dkt. #16).  A review of the file reveals that Defendants Ag-Mart Produce Inc., Francisca Herrera, and Abraham Candelario have failed to file a timely response(s) to said Motion as permitted by Local Rule 3.01(b). Defendants shall file a response to said Motion(s) **within eleven (11) days** of the date of this Order or shall **SHOW CAUSE in writing within eleven (11) days** of this Order why the Court should not consider said Motion(s) without the benefit of a response.

    **DONE** and **ORDERED** in Tampa, Florida on April 9, 2008.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2007\07-cv-.1775.osc 16.wpd