IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THE OHIO CASUALTY INSURANCE
COMPANY,

    Plaintiff

v.                                    Case No.: 8:07-cv-1775-T-30TGW

AG-MART PRODUCE INC., FRANCISCA
HERRERA and ABRAHAM CANDELARIO,

    Defendants.
_____/

## RESPONSE TO ORDER TO SHOW CAUSE

Defendant, Ag-Mart Produce, Inc., states that the underlying case out of which this declaratory judgment action arises has been settled. Accordingly, Ag-Mart will not be filing a response to the motion for summary judgment.

                                      Respectfully submitted,

                                      GRANT, FRIDKIN, PEARSON, ATHAN
                                      & CROWN, P.A.

                                      BY:      /S/    D. Keith Wickenden
                                                    Jeffrey D. Fridkin
                                                    Florida Bar No. 0490245
                                                    D. Keith Wickenden
                                                    Florida Bar No. 0897280
                                                    Pelican Bay Corporate Centre
                                                    5551 Ridgewood Drive, Suite 501
                                                    Naples, Florida 34108
                                                    (239) 514-1000
                                                    (239) 514-0377 (fax)

                                      Attorneys for Ag-Mart Produce, Inc.

## CERTIFICATE OF SERVICE

I HEREBY certify that on April 21, 2008, I electronically filed the foregoing with the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

| | |
|---|---|
| Lisa A. Oonk, Esq. | Andrew B. Yaffa, Esq. |
| | Seth Miles, Esq. |
| Michael H. Kestenbaum, Esq. | Grossman Roth, P.A. |
| Litchfield Cavo LLP | 2525 Ponce de Leon Blvd., Suite 1150 |
| 5201 West Kennedy Blvd., Suite 450 | Coral Gables, FL 33134 |
| Tampa, FL 33609 | (305) 442-8666 |
| (813) 289-0690 | (305) 285-1668 (fax) |
| (813) 289-0692 (fax) | Attorneys for Francisca Herrera |
| Attorneys for Plaintiff | and Abraham Candelario |

                                                  /S/    D. Keith Wickenden
                                           D. Keith Wickenden

r:\data\wd_ltl\agman\ohiocasualty\showcause-resp.doc