UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THE OHIO CASUALTY INSURANCE
COMPANY,

    Plaintiff,

v.                                  Case No.  8:07-cv-1775-T-30TGW

AG-MART PRODUCE INC., et al.,

    Defendants.
_____/

## ORDER OF DISMISSAL

    Before the Court is the Joint Stipulation for Dismissal Without Prejudice (Dkt. #21).

In accordance with same, it is **ORDERED AND ADJUDGED** as follows:

1.     This cause is dismissed without prejudice.

2.     All pending motions are denied as moot.

3.     The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Tampa, Florida on May 19, 2008.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2007\07-cv-1775.dismissal 21.wpd